IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**WILLIAM STILLMAN**                                                                **PLAINTIFF**
**ADC #167472**

v.                   No: 3:23-cv-00015-JM-PSH

**A. SIMMONS,** *et al.*                                         **DEFENDANTS**

## ORDER

Having reviewed William Stillman's complaint (Doc. No. 2) for screening purposes,[1] it appears that service is appropriate as to the named defendants. The Clerk of the Court shall prepare summonses for defendants Nurse Practitioners Aric Simmons and Waketta Aldridge, and the United States Marshal is hereby directed to serve a copy of the complaint (Doc. No. 2) and a summons on each of them without prepayment of fees and costs or security therefor. Defendants Simmons and Aldridge should be served at Humphries, Odum & Eubanks, 1901 S. Broadway, Little Rock, Arkansas 72206.[2]

---

[1] The Prison Litigation Reform Act (PLRA) requires federal courts to screen prisoner complaints seeking relief against a governmental entity, officer, or employee. 28 U.S.C. § 1915A(a).

[2] If a defendant is no longer an employee of WellPath, the individual responding to service must file a **SEALED** Statement providing the unserved defendant's last known private mailing address.

A summons has been returned unexecuted as to defendant Rory Griffin (Doc. No. 5). His last known address was provided under seal. Accordingly, service will be attempted at that address. The Clerk of the Court is directed to prepare a summons for Griffin, and the United States Marshal is directed to serve a copy of the complaint (Doc. No. 2), this order, and summons, upon him at the address under seal, without prepayment of fees and costs or security therefor.

IT IS SO ORDERED this 3rd day of March, 2023.

_____
UNITED STATES MAGISTRATE JUDGE