IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**WILLIAM STILLMAN**                                                        **PLAINTIFF**
**ADC #167472**

v.                      No: 3:23-cv-00015-JM-PSH

**ARIC SIMMONS,** *et al.*                                      **DEFENDANTS**

## **ORDER**

Before the Court is a motion by Plaintiff William Stillman to compel discovery (Doc. No. 44). Stillman objects to the answers provided to discovery he propounded on defendant Aric Simmons. Before filing a motion to compel discovery, a plaintiff must attempt to confer with the defendants in good faith to resolve the specific issues in dispute. *See* Fed. R. Civ. P. 37(a)(1), (4); Local Rule 7.2(g). In his most recent motion, Stillman does not allege that he attempted to confer with defendant Simmons before filing his motion to compel. Filing a motion to compel does not constitute an attempt to resolve discovery disputes in good faith. Stillman's motion is therefore DENIED.

The Court also notes that discovery in this case is currently stayed unless it relates to exhaustion of administrative remedies. *See* Doc. No. 25. Motions for summary judgment on the issue of exhaustion are currently pending. *See* Doc. Nos. 29 & 32. Unless the discovery he seeks is needed for his response to those motions,

Stillman must wait until those motions are decided and the stay is lifted before resuming discovery.

    IT IS SO ORDERED this 26th day of September, 2023.

                                        _____
                                        UNITED STATES MAGISTRATE JUDGE