IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

WILLIAM STILLMAN                                                                PLAINTIFF
ADC #167472

v.                            No: 3:23-cv-00015-JM-PSH

ARIC SIMMONS, *et al.*                                                         DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommendation submitted by United States Magistrate Judge Patricia S. Harris and the objections filed. After carefully considering the objections and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Recommendation should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT the defendants' motions for summary judgment (Doc. Nos. 29 & 32) are granted, and Stillman's claims against Rory Griffin, Aric Simmons, and Waketta Aldridge are dismissed without prejudice due to Stillman's failure to exhaust available administrative remedies.

DATED this 2nd day of November, 2023.

_____
UNITED STATES DISTRICT JUDGE