IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**WILLIAM STILLMAN**                                            **PLAINTIFF**
**ADC #167472**

v.                 No: 3:23-cv-00015-JM-PSH

**ARIC SIMMONS,** *et al.*                                        **DEFENDANTS**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing Plaintiff's claims against Rory Griffin, Aric Simmons, and Waketta Aldridge. Defendants' motions for summary judgment (Doc. Nos. 29 & 32) are granted.

DATED this 2nd day of November, 2023.

_____
UNITED STATES DISTRICT JUDGE